# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Vanessa Garcia ) | 1:14-cr-00162-AWI-BAM-2 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Vanessa Garcia__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from **HOME DETENTION** to **CURFEW**: You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Vanessa Garcia_  3/23/15           _Jacob Scott_  3/24/15
Signature of Defendant   Date        Pretrial Services Officer   Date
Vanessa Garcia                       Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_signature_                           3/24/2015
Signature of Assistant United States Attorney   Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Mark Coleman_                         3/24/2015
Signature of Defense Counsel   Date
Mark Coleman

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __March 25, 2015__
[ ] The above modification of conditions of release is *not* ordered.

_signature_                            3/25/15
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services