**United States District Court**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **United States of America** ) | FILED |
| vs. ) | FEB 23 2016 |
| ) Case No. 1:14-CR-00162-AWI | CLERK, U.S. DISTRICT COURT |
| Vanessa Garcia ) | EASTERN DISTRICT OF CALIFORNIA |
| ) | BY _____ DEPUTY CLERK |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Vanessa Garcia____, have discussed with ____Amaryllis Gonzalez____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

> You shall participate in the following location monitoring program component and abide by all requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. **CURFEW:** You shall remain inside your residence every day from 9:00pm to 6:00am or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

Reason for modification: The defendant has been subject to location monitoring with a curfew since March 25, 2015. In that time she has not sustained any violations of the location monitoring program or of her other conditions of release.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____Vanessa Garcia_____  2/18/16    _____Amaryllis_____  2-18-16
Signature of Defendant    Date       Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  2/22/2016
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  2/23/2016
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___2/22/2016___
☐ The above modification of conditions of release is *not* ordered.

_____  2/22/2016
Judicial Officer Signature    Date