1  MARK W. COLEMAN #117306
   NUTTALL & COLEMAN
2  2333 MERCED STREET
3  FRESNO, CALIFORNIA 93721
   PHONE (559) 233-2900
4  FAX (559) 485-3852
   mark@nuttallcoleman.com
5

6  ATTORNEYS FOR Defendant, VANESSA GARCIA

7

8

9               UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | THE UNITED STATES OF AMERICA,     | Case No.  1:14-CR-00162-002-DAD
13 |         Plaintiff,                |
14 |     v.                            | STIPULATION AND ORDER TO
   |                                   | CONTINUE SENTENCING
15 | VANESSA GARCIA,                   |
16 |         Defendant.                |

17

18       TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

19 OFFICE and/or ITS REPRESENTATIVES:

20       IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective

21 clients that the Sentencing hearing currently on calendar for November 14, 2016, at 10:00 a.m.,

22 be continued to December 5, 2016, at 10:00 a.m., or as soon thereafter as is convenient to the

23 court's calendar.

24       IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule,

25 including the filing informal and formal objections to the Pre-Sentence Investigation Report, be

26 scheduled as follows:

27          Informal Objections to be served on or before November 7, 2016.

28          Formal Objections to be filed on or before November 21, 2016.

This continuance is requested by counsel for Defendant, VANESSA GARCIA, due to the fact that additional time is needed for Ms. Garcia to meet with counsel to review the probation report.

Counsel for Defendant has spoken with Assistant U.S. Attorney, LAUREL MONTOYA, who has no objection to this continuance.

Dated: October 19, 2016         Respectfully Submitted,

                                NUTTALL & COLEMAN

                                /s/ Mark W. Coleman

                                MARK W. COLEMAN
                                Attorney for Defendant,
                                VANESSA GARCIA

Dated: October 19, 2016.        UNITED STATES ATTORNEY'S OFFICE

                                /s/ Laurel Montoya

                                LAUREL MONTOYA
                                Assistant U.S. Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, the sentencing hearing as to Vanessa Garcia currently set for November 14, 2016, is continued to **December 5, 2016, at 10:00am** in Courtroom 5 before District Judge Dale A. Drozd. Informal Objections shall be served on or before November 7, 2016. Formal Objections to be filed on or before November 21, 2016.

IT IS SO ORDERED.

Dated:   **October 25, 2016**            /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE